# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBRA HULL and ERNEST HULL,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., WAL-MART STORES EAST, LP, and WAL-MART ASSOCIATES, INC.,<br><br>Defendant. | Case No.:  CIV-22-734-SLP |

## NOTICE OF REMOVAL

**TO: THE JUDGE OF THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF OKLAHOMA**

Defendants, Walmart Inc., a Delaware Corporation, Wal-Mart Stores East, L.P., a Delaware Limited Partnership and Wal-Mart Associates, Inc., ("Walmart") pursuant to Title 28 U.S.C. §§ 1332, 1441(a) and 1446 and LCvR 81.2, files this Notice of Removal of the civil action filed against them in the District Court of Canadian County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma.  In support of removal, Defendants state as follows:

1. Plaintiffs, Debra and Ernest Hull, filed their Petition in Canadian County District Court on July 26, 2022.  (See copy of the Canadian County District Court Docket, attached as Exhibit "1").

2. Plaintiffs, Debra and Ernest Hull, have pled damages in excess of the amount required for diversity jurisdiction pursuant to Title 28 U.S.C. §1332. (See Plaintiff's Petition, attached as Exhibit "2").

3. It is Defendants' belief that Plaintiffs are residents and citizens of the State of Oklahoma.

4. Wal-Mart Stores East, L.P. is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas, which is composed of two partners, namely WSE Management, LLC (GP) and WSE Investment, LLC (LP), both of which are Delaware limited liability companies with their principal place of business in Bentonville, Arkansas.

5. Further, the sole member of said two limited liability companies is Walmart Inc., a Delaware Corporation with its principal place of business in Bentonville, Arkansas. Walmart Inc., is a publicly traded company and has no parent company.

6. Wal-Mart Associates Inc., is not a real party in interest to this matter.

7. Because this is a civil action between citizens of different states and the amount in controversy is in excess of seventy-five thousand dollars ($75,000), this Court has original subject matter jurisdiction over the civil action pursuant to Title 28 U.S.C. §1332(a)(1). Removal of the action to this Court by Defendants' are made pursuant to the provisions of Title 28 U.S.C. §1441.

8. In accordance with the provisions of Title 28 U.S.C. §1391(a), venue is proper

in the United States District Court for the Western District of Oklahoma because the alleged incident occurred in Canadian County, State of Oklahoma, which is in the Western District of Oklahoma.

9. By virtue of this Notice of Removal, Defendant does not waive its right to assert any jurisdictional claims or pursue other motions or defenses, including those available under Rule 12 of the Federal Rules of Civil Procedure.

10. In accordance with the provisions of Title 28 U.S.C. §1446(a) and the local rules of the United States District Court for the Western District of Oklahoma, legible copies of all documents filed in the state court action are being filed contemporaneously with this Notice of Removal and submitted by way of the following exhibits:

**CJ-2022-421 (Canadian County District Court)**

Exhibit 1: Copy of the Canadian County District Court Docket

Exhibit 2: Petition

Exhibit 3: Summons

In accordance with the provisions of Title 28 U.S.C. §1446(d), Defendants are serving a copy of this Notice of Removal upon Plaintiffs and are filing a Notice of Removal with the Clerk of the District Court of Canadian County, State of Oklahoma, where this case was originally filed. Copies of this Notice are being served upon Plaintiffs and filed with the Canadian County Court Clerk

contemporaneous with this document.

WHEREFORE, Defendants pray that the Court take jurisdiction in this action to the exclusion of any further proceedings in the District Court of Canadian County, State of Oklahoma.

>  */s/Michael W. Brewer*
> **MICHAEL W. BREWER, OBA #11769**
> **JEFFREY D. SCOTT, OBA #32115**
> **HILTGEN & BREWER, P.C.**
> 9505 North Kelley Avenue
> Oklahoma City, Oklahoma 73131
> (405) 605-9000 Telephone
> (405) 605-9010 Fax
> Email:  mbrewer@hbokc.law
>  jscott@hbokc.law
> **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of August 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**T. LUKE ABEL, OBA #21094**
**ABEL LAW FIRM**
900 NE 63rd Street
Oklahoma City, OK 73105
405-239-7046 Telephone
405-418-0833 Fax
label@abellawfirm.com
**ATTORNEY FOR PLAINTIFF**

                                          */s/Michael W. Brewer*
                                          **MICHAEL W. BREWER**